■ MICHAEL D. BENNETT, Respondent, v LAURA MUNIZ, Individually and as Parent and Natural Guardian of RACHEL A. MUNIZ, an Infant, Appellant. (Appeal No. 1.) [855 NYS2d 386]— Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered October 11, 2006 in a personal injury action. The order denied defendant's motion for recusal and to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.

■ MICHAEL D. BENNETT, Respondent, v LAURA MUNIZ, Individually and as Parent and Natural Guardian of RACHEL A. MUNIZ, an Infant, Appellant. (Appeal No. 2.) [855 NYS2d 387]— Appeal from a judgment of the Supreme Court, Monroe County (William P. Polito, J.), entered October 26, 2006 in a personal injury action. The judgment awarded plaintiff the sum of $285,000 together with statutory costs and interest.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.